Argued May 2—decided May 2, 1967

DOLORES C. KOLZAK *v*. THEODORE S. KOLZAK

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is denied.

711

*John L. Calvocoressi,* for the appellee (plaintiff).

*Richard S. Levin,* with whom was *Harold A. Bochino,* for the appellant (defendant).

Argued May 2—decided May 2, 1967